566

330 A.2d 841

Ann BARATI

v.

Julius BARATI.

Appeal of David J. BARATI, Intervenor.

Supreme Court of Pennsylvania.

Argued Oct. 10, 1974.

Decided Jan. 27, 1975.

Rehearing Denied April 3, 1975.

Sidney Baker, Krause & Baker, Pittsburgh, for appellant.

J. G. Barati, in pro. per.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

PER CURIAM:

Decree affirmed. Costs to be borne by appellant.